IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOSEPH R. ERNST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-cv-625 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

ON THIS DAY came the parties, on the Motion of Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., for an extension of time within which to respond to the Complaint.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the parties do not object to the motion, and for good cause shown, it is

ADJUDGED, ORDERED AND DECREED that the time within which Defendant, Wachovia Mortgage, a division of Wells Fargo Bank, N.A., has to respond to the Complaint is extended to and including December 1, 2011.

ENTER: Nov / 4 / 2011

/s/
Henry E. Hudson
United States District Judge

**WE ASK FOR THIS:**

_/s/ Amy C. Arnold_

Hunter W. Sims, Jr., Esquire (VSB No. 09218)
E-mail: hwsims@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
Fax: (757) 624-3169

Terry C. Frank (VSB No. 74890)
E-mail: tcfrank@kaufcan.com
Kaufman & Canoles, P.C.
1051 E. Cary Street, 14th Floor
Richmond, Virginia 23219
Phone: (804) 771-5745
Fax: (804) 771-5700
*Counsel for Defendant Wachovia Mortgage*

**SEEN AND AGREED:**

_/s/ Susan M. Rotkis_

Leonard Anthony Bennett, Esquire
E-mail: lenbennett@cox.net
Susan Marty Rotkis, Esquire VSB 40693
E-mail: srotkis@clalegal.com
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Phone: 757/930-3660
Fax: 757/930-3662

Kristi Cahoon Kelly, Esquire
E-mail: kkelly@smillaw.com
Surovell Isaacs Petersen & Levy, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Phone: 703/277-9774
Fax: 703/591-2149
*Counsel for Plaintiff*

SEEN AND AGREED:

_____
David Neal Anthony, Esquire
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
Post Office Box 1122
Richmond, VA 23219
Phone: 804-697-5410
Fax:    804-698-5118
E-mail: david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions*


SEEN AND AGREED:

_____
Grant Edward Kronenberg, Esquire
Morris & Morris PC
11 South 12th Street, 5th Floor
Post Office Box 30
Richmond, VA 23218
Phone: 804-344-6334
Fax:    804-344-8359
E-mail: gkronenberg@morrismorris.com
*Counsel for Defendant Trans Union, LLC*


11359495

SEEN AND AGREED:

_____
David Neal Anthony, Esquire (VSB No. 31696)
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
Post Office Box 1122
Richmond, VA 23219
Phone: 804-697-5410
Fax:   804-698-5118
E-mail: david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions*


SEEN AND AGREED:


_____
Grant Edward Kronenberg, Esquire
Morris & Morris PC
11 South 12th Street, 5th Floor
Post Office Box 30
Richmond, VA 23218
Phone: 804-344-6334
Fax:   804-344-8359
E-mail: gkronenberg@morrismorris.com
*Counsel for Defendant Trans Union, LLC*


11359495