UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSEPH R. ERNST,

    Plaintiff,

v.                                    Civil Action No. 3:11cv625

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    Defendants.

### AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, Joseph R. Ernst.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Joseph R. Ernst and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before November 10, 2011, to file its responsive pleadings, including its Answer, to the Complaint filed by Joseph R. Ernst.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 17 day of ~~October~~ Nov., 2011.

                                                             /s/
                                        Henry E. Hudson
                                        **United States District Judge**



RECEIVED
NOV 15 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA