IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:11-cv-625-HEH__, Case Name __Joseph R. Ernst v. Experian, et al__
Party Represented by Applicant: __Trans Union LLC__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Paul Lee Myers__
Bar Identification Number __14765100__   State __Texas__
Firm Name __Strasburger & Price, LLP__
Firm Phone # __469-287-3900__   Direct Dial # __469-287-3903__   FAX # __469-227-6567__
E-Mail Address __paul.myers@strasburger.com__
Office Mailing Address __2801 Network Boulevard, Suite 600, Frisco, TX 75034__

Name(s) of federal court(s) in which I have been admitted __See Attached__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                         (Date)
Grant E. Kronenberg                                                 12/8/11
                                                                    65647
(Typed or Printed Name)                                             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)                                                 (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JOSEPH R. ERNST,

    *Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AND WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.;

    *Defendants*.

CIVIL ACTION NO.
3:11-cv-00625-HEH

## ATTACHMENT TO APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4 FOR PAUL LEE MYERS

**Name(s) of federal court(s) in which I have been admitted:**

| COURT | ADMITTED |
| --- | --- |
| Supreme Court of Texas | 11/10/1988 |
| U.S. District Court - Northern District of Texas | 12/09/1988 |
| U.S. District Court – Eastern District of Texas | 07/13/1989 |
| U.S. District Court – Southern District of Texas | 11/22/1989 |
| U.S. District Court – Western District of Texas | 05/30/1991 |
| U.S. District of Colorado | 03/17/2000 |
| U.S. District Court – Northern District of Oklahoma | 04/12/2001 |
| U.S. District Court – Western District of Arkansas | 04/06/2000 |
| U.S. District Court – Eastern District of Arkansas | 04/06/2000 |
| U.S. District Court – Northern District of Florida | 06/12/2006 |
| U.S. Court of Appeals for the Fourth Circuit | 10/15/2007 |

1

| U.S. Court of Appeals for the Fifth Circuit | 06/26/2000 |
| U.S. Court of Appeals for the Tenth Circuit | 08/16/2005 |
| United Stated Supreme Court | 09/04/2009 |

3724948.1/SP/83057/1185/120411