IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOSEPH R. ERNST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11CV625–HEH |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., TRANS UNION, | ) |
| LLC, WACHOVIA MORTGAGE, | ) |
| a Division of WELLS FARGO | ) |
| BANK, N.A. | ) |
| | ) |
| Defendants. | ) |

**ORDER**
(Granting in Part Plaintiff's Motion for Modification of Scheduling Order)

THIS MATTER is before the Court on Plaintiff's Motion for Modification of Scheduling Order (Dk. No. 25). Upon due consideration, the Motion is GRANTED IN PART. It is HEREBY ORDERED that Plaintiff's expert disclosures shall be filed by January 6, 2012. All other deadlines related to expert disclosure shall be adjusted accordingly pursuant to Local Rule 26.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Dec 19, 2011
Richmond, VA