IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JOSEPH R. ERNST,**

      **Plaintiff,**

v.   CIVIL NO.  3:11-cv-625

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, WACHOVIA MORTGAGE,
a Division of WELLS FARGO BANK, N.A.,**

      **Defendants.**

### PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES

COMES NOW the Plaintiffs, JOSEPH R. ERNST, by counsel, and makes the following supplemental disclosures:

**I.  Individuals likely to have discoverable information**

    x.    Robert W. Lesnevich
           Forensic Document Examiner
           418 Lafayette Avenue
           Cantonsville, MD 21228

           *Expert Witness*

**II.  Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following supplemental documents in his possession and control:

Plaintiff's Bate Stamp Nos.  000700 – 002159 - *forwarded to Defendant's Counsel under separate cover.*

Trans Union Q-A Manual as disclosed in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888;

1

Trans Union Master Service Agreement for Outsourcing Services dated January 16, 2004 as disclosed in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888; (*Trans Union Jury Trial Exhibit 39)*

Trans Union's Intelenet Statement of Work as disclosed in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888;

Copy of the decision by the United States Court of Appeals, Ninth Circuit dated January 19, 1995 regarding *Renie Guimond v. Trans Union,* No. 93-15800.

Copy of the decision dated June 9, 1997 by the United States Court of Appeals*,* Third Circuit regarding *Jennifer Cushman v. Trans Union Corporation,* No. 96-1553.

Copy of Memorandum and Order of the United States District Court, E.D. Pennsylvania dated September 29, 1999 regarding *James J. O'Connor v. Trans Union Corporation,* No. Civ. A. 97-4633.

Copy of the decision of the United States District Court, E.D. California dated July 29, 2003 regarding *Raffi Soghomonian and Deborah Garabedian v. The United States of America, the Internal Revenue Service, Fidelity National Title Insurance Company, Trans Union, LLC and Does 1-50, inclusive.*

Copy of the decision of the United States District Court, E.D. Pennsylvania, dated September 16, 2003 regarding *George Joseph Crane v. Trans Union, LLC,* No. 02-7599.

Copy of the decision of the United States District Court, E.D. Pennsylvania dated November 25, 2003 regarding Roberta L. Evantash v. *G.E. Capital Mortgage Services, Inc., et al,* No. Civ. A. 02-CV-1188.

Copy of the decision of the Untied States District Court, E.E. Pennsylvania dated December 11, 2003 regarding *Grace Lawrence v. Trans Union, LLC,* No. 02-4440.

Copy of the decision of the United States District Court, W.D. Wisconsin dated July 28, 2004 regarding *James McKeown v. Sears Roebuck & Co, Trans Union, LLC, Factual Data, Inc., Equifax, Inc., d/b/a Equifax Information Services, LLC and CSC Credit Services, Inc.* No. 03-C-528-C.

Copy of the decision of the United States Court of Appeals, Fourth Circuit dated February 11, 2004 regarding *Linda Johnson v. MBNA Bank, NA,* No. 03-1235.

Transcript of the Final Pretrial Hearing before the Honorable Robert E. Payne, United States District Judge dated January 18, 2006 in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888.

Transcript of the Jury trial before the Honorable Robert E. Payne, United States District Judge held on February 22, 2007 in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888

Transcript of the Jury trial before the Honorable Robert E. Payne, United States District Judge held on February 23, 2007 in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888

Jury Instructions given by the Honorable Robert E. Payne, United States District Judge in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888.

August 27, 2007 post trial opinion by the Honorable Robert E. Payne, United States District Judge in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888.

Transcript of the deposition of Ramnish Awasthi dated September 1, 2006 in *Linda Mullins v. Equifax Information Services, LLC, et al,* Eastern District Court, Richmond Division, Civil No: 3:05-cv-888. (*Trial Exhibit*)

Copy of the decision of the United States Court of Appeals, Sixth Circuit in *Dorothy B. Bach v. First Union National Bank,* No. 04-3899 dated August 22, 2005.

Copy of the decision of the United States Court of Appeals, Sixth Circuit in *Dorothy B. Bach v. First Union National Bank,* No. 06-3660 dated May 15, 2007.

Copy of the decision of the United States Court of Appeals, Ninth Circuit, in *Jason Dennis v. BEH-1, LLC, et al.*, No: 04-56230.

Copy of the decision of the United States District Court, E.D Virginia, Alexandria Division in *Bruce Burke v. Experian Information Solutions, Inc.,* No: 1:10-cv-1064) dated March 18, 2011.

Copy of the Opinion of the U.S. Court of Appeals, Third Circuit in *Sandra Cortez v. Trans Union,* No. 08-2465 and 08-2466.

Copy of the Memorandum in the United States District Court for the District of Delaware dated November 23, 2010 in *Teresa Price v. Trans Union*, Civil Action No: 09-1332.

Transcript of the Evidentiary Hearing before the Honorable Walter Shapero, United States Bankruptcy Judge, U.S. Bankruptcy Court, Eastern District of Michigan, Southern Division, *In Re: Robert Juliao*, Case No: 07-48694-WS dated August 25, 2009 (*Wells Fargo Employee explaining data conformity as its ACDV procedure*)

Plaintiff reserves the right to further supplement these disclosures.

                        **JOSEPH R. ERNST**

                        /s/
                        Leonard A. Bennett, Esq.
                        VSB #37523
                        Attorney for Plaintiff
                        CONSUMER LITIGATION ASSOCIATES, P.C.
                        763 J. Clyde Morris Boulevard, Suite 1-A
                        Newport News, Virginia 23601
                        (757) 930-3660 - Telephone
                        (757) 930-3662 – Facsimile
                        lenbennett@cox.net

                        Susan M. Rotkis
                        VSB 40693
                        Attorney for Plaintiff
                        CONSUMER LITIGATION ASSOC., P.C.
                        763 J. Clyde Morris Boulevard, Suite 1-A
                        Newport News, Virginia 23601
                        (757) 930-3660 - Telephone
                        (757) 930-3662 – Facsimile
                        srotkis@clalegal.com

                        Kristi Cahoon Kelly, VSB #72791
                        SUROVELL ISAACS PETERSEN & LEVY PLC
                        4010 University Drive, 2nd Floor
                        Fairfax, VA 22030
                        Telephone (703) 277-9774
                        Facsimile (703) 591-9285
                        kkelly@siplfirm.com

                        *Counsel for Plaintiffs*

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this 20 day of December, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: **david.anthony@troutmansanders.com**

Timothy James St. George
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: **tim.stgeorge@troutmansanders.com**

Paul Lee Myers
Strasburger & Price, LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
Email: **paul.myers@straasburger.com**

    *Attorneys for Experian Information Solutions, Inc.*

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
Email: **gkronenberg@morrismorris.com**

    *Attorneys for Trans Union, LLC*

Hunter Wilmer Sims , Jr.
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
Email: hwsims@kaufcan.com

Terry Catherine Frank
Kaufman & Canoles PC (Richmond)
1021 E Cary St Suite 1400
Two James Center
PO Box 27828
Richmond, VA 23261
Email: tcfrank@kaufcan.com

*Attorneys for Wachovia Mortgage, a division of Wells Fargo Bank, N.A.*

              /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net