IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:11-CV-625, Case Name Joseph R. Ernst v. Experian Information Sys
Party Represented by Applicant: Experian Information Systems, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Benjamin J. Katz
Bar Identification Number 1003744   State District of Columbia
Firm Name Jones Day
Firm Phone # 202-879-3939   Direct Dial # 202-879-3819   FAX # 202-626-1700
E-Mail Address bjkatz@jonesday.com
Office Mailing Address 51 Louisiana Ave NW, Washington, DC 20001

Name(s) of federal court(s) in which I have been admitted US District Court for the District of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/David N. Anthony                           12/28/11
(Signature)                                    (Date)
David N. Anthony                               31696
(Typed or Printed Name)                        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted ____

The motion for admission is GRANTED ✓ or DENIED ____

FILED
DEC 3 0 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

/s/
Henry E. Hudson
United States District Judge

Dec 29, 2011
(Date)