**Exhibit H**
WF #00337 - 00340

**Exhibit J**
Ernst # 000472

**Exhibit N**
WF #00475

**Exhibit O**
Ernst #000504

**Exhibit P**
Ernst #000507

**Exhibit Q**
Ernst #000508

**Exhibit R**
Ernst #000512

**Exhibit S**
WF #00980

**Exhibit T**
WF #01154

**Exhibit U**
WF #00951

**Exhibit V**
WF #00938

**Exhibit W**
WF #00240 - 00243

**Exhibit W**
WF #00262


EXHIBIT X