IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JOSEPH R. ERNST,

     *Plaintiff,*

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION, LLC; AND WACHOVIA
MORTGAGE, A DIVISION OF WELLS FARGO
BANK, N.A.;

     *Defendants.*

CIVIL ACTION NO.
3:11-cv-00625-HEH

## ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY CAME the Plaintiff, **Joseph R. Ernst**, by counsel, and the Defendant, TRANS UNION LLC, by counsel, and moves the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court") to dismiss the above styled civil action only as to the Defendant, TRANS UNION LLC, because the parties have compromised and settled all claims and controversies between them.

UPON CONSIDERATION, of the representations of counsel, the pleadings and for other good cause shown, it be, and hereby is, ORDERED, ADJUDGED and DECREED that Civil Action No. 3:11-cv-00625-HEH is DISMISSED with prejudice only as to Defendant, TRANS UNION LLC. Upon entry of this Order the Clerk of the District Court shall send copies to all counsel of record prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this **20** day of **January**, 2012.

/s/

**HENRY E. HUDSON**
UNITED STATES DISTRICT JUDGE

RECEIVED
JAN 20 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

3766189.1/SP/83057/1185/012412

WE ASK FOR THIS:

_(signature)_

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

*And*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-2149
kkelly@smillaw.com

**Counsel for Plaintiff**

_(signature)_

Michael R. Ward
Virginia State Bar 41133
Grant E. Kronenberg
Virginia State Bar 65647
Morris & Morris, PC
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-6334
Facsimile: (804) 344-8359
mward@morrismorris.com
gkronenberg@morrismorris.com

*And*

Paul L. Myers, *Pro Hac Vice*
Texas Bar Number 14765100
Ginny E. Webb, *Pro Hac Vice*
Texas State Bar Number 24047462
Strasburger & Price LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
Telephone: (469) 287-3903
Facsimile: (469) 227-6581
paul.myers@strasburger.com
Telephone: (469) 287-3907
Facsimile: (469) 227-6581
ginny.webb@strasburger.com

**Counsel for Trans Union LLC**