IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOSEPH R. ERNST,

        Plaintiff,

v.                                   CIVIL ACTION NO. 3:11cv625

EXPERIAN INFORMATION SOLUTIONS,
   INC., et al.,

        Defendants.

## ORDER

Upon representation of counsel that meaningful settlement discussions are continuing and that an extensive discovery is required involving the deposition of numerous employees of the defendant and, deeming it otherwise proper and just to do so, it is hereby

ORDERED that the discovery period is extended to February 24, 2012.

Let the Clerk file this Order electronically and notify counsel accordingly.

It is so ORDERED.

                                                        /s/
                                         UNITED STATES DISTRICT JUDGE

Date: Jan 24, 2012