Attachment B

## Documents Reviewed

1. Complaint
2. Wells Fargo's Answer;
3. Deposition Transcript of Plaintiff, J. Ernst;
4. Expert Witness Disclosure and Designation of Evan Hendricks;
5. Plaintiff's Motion for Partial Summary Judgment and Memorandum;
6. Plaintiff's Answers to Wells Fargo's Interrogatories;
7. ACDVs and Wells Fargo internal credit reporting documents;
8. Deposition Transcript of Juan Imperial, Wells Fargo ACDV operator;
9. Deposition Transcript of Christopher Caron, Wells Fargo ACDV operator;
10. Deposition Transcript of Kathryn Fuller, Wells Fargo ACDV operator
11. Wells Fargo's Memorandum of Opposition to Plaintiff's Partial Motion for Summary Judgment;
12. Indictment of Thomas Ernst;
13. Statement of Facts (in Thomas Ernst case);
14. Plea Agreement (Thomas Ernst case);
15. Judgment (Thomas Ernst case);
16. Wells Fargo's responses to Plaintiff's Interrogatories;
17. E-mail correspondence between plaintiff and Wells Fargo; and
18. Investigation Report of Kathleen Hill.