Privilege Log of Wachovia Mortgage, a division of Wells Fargo Bank, N.A.
Joseph R. Ernst v. Experian Information Solutions, Inc., et al
E.D.Va. – Case 3:11cv625

| Documents and/or Categories of Documents | Date of Document | Document Range | Document Type | Author(s) | Addressees (cc's) | Basis for Withholding | Description |
|---|---|---|---|---|---|---|---|
| 1 | 9/29/2010 | WF-00001 | Letter | Jeanette J. O'Donnell, Esq., Powers Kirn, Attorneys | Claims Dept. Old Republic Title | Attorney-Client Privilege | Correspondence between outside counsel for Wells Fargo Bank N.A. and title insurance co. re: title claim for 21 N. Summit Ave., Chatham, NJ and Wells Fargo Bank v. Joseph Ernst, et al. |
| 2 | 9/29/2010 | WF-00020 | Email | Jeanette J. O'Donnell, Esq., Powers Kirn, Attorneys | Yessica, Ortiz (Wachovia Mortgage) Ismael Hernandez (Wells Fargo Home Mortgage,) Terry Jurgelewicz | Attorney-Client Privilege | Correspondence between outside counsel for Wells Fargo Bank N.A. and Wells Fargo Bank employees re: title claim for 21 N. Summit Ave., Chatham, NJ and Wells Fargo Bank v. Joseph Ernst, et al. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | 9/17/2010 | WF-00045 (partial) | Email | Sharon L. Mason (Wachovia Mortgage) | Kathleen C. Hill (Wells Fargo Home Mortgage) | Attorney-Client Privilege | Correspondence between employees for Wachovia Mortgage and Wells Fargo Home Mortgage re: attorney's actions and advice relating to title claim for 21 N. Summit Ave., Chatham, NJ and Wells Fargo Bank v. Joseph Ernst, et al. |
| 4 | 9/15/2010 | WF-00047 through WF-00049 | Emails | Sharon L. Mason (Wachovia Mortgage)<br>Kristi Garcia (Wells Fargo Bank, N.A.)<br>Cathy Swindell-Smith (Wells Fargo Bank, N.A.) | Kristi Garcia (Wells Fargo Bank, N.A.)<br>Cathy Swindell-Smith (Wells Fargo Bank, N.A.)<br>Kathy Ransom (Wachovia Mortgage)<br>Belinda Pantoja (Wells Fargo Bank, N.A.)<br>Van Beck (Well Fargo Bank, N.A.)<br>Sharon Chapman (Wells Fargo Bank, N.A.)<br>Kathleen Hill | Attorney-Client Privilege | Correspondence between employees for Wachovia Mortgage and Wells Fargo Bank, N.A. re: attorney's actions and advice relating to title claim for 21 N. Summit Ave., Chatham, NJ and Wells Fargo Bank v. Joseph Ernst, et al. |

| No. | Date | Bates | Type | From | To | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 5 | 9/15/2010 9/16/2010 | WF-00051 through WF-00057 | Emails | Sharon L. Mason (Wachovia Mortgage) Kristi Garcia (Wells Fargo Bank, N.A) Cathy Swindell-Smith (Wells Fargo Bank, N.A.) Kathleen Hill (Wells Fargo Home Mortgage) | (Wells Fargo Home Mortgage) Kristi Garcia (Wells Fargo Bank, N.A.) Cathy Swindell-Smith (Wells Fargo Bank, N.A.) Kathy Ransom (Wachovia Mortgage) Belinda Pantoja (Wells Fargo Bank, N.A.) Van Beck (Well Fargo Bank, N.A.) Sharon Chapman (Wells Fargo Bank, N.A.) Kathleen Hill (Wells Fargo Home Mortgage) | Attorney-Client Privilege | Correspondence between employees for Wachovia Mortgage, Wells Fargo Home Mortgage and Wells Fargo Bank, N.A. re: attorney's actions, advice and strategy relating to title claim for 21 N. Summit Ave., Chatham, NJ and Wells Fargo Bank v. Joseph Ernst, et al. |

| 6 | 9/15/2010 9/16/2010 | WF-00058 through WF-00060 | Emails | Sharon L. Mason (Wachovia Mortgage) Kristi Garcia (Wells Fargo Bank, N.A) Cathy Swindell-Smith (Wells Fargo Bank, N.A.) Kathleen Hill (Wells Fargo Home Mortgage) | Kristi Garcia (Wells Fargo Bank, N.A) Cathy Swindell-Smith (Wells Fargo Bank, N.A.) Kathy Ransom (Wachovia Mortgage) Belinda Pantoja (Wells Fargo Bank, N.A.) Van Beck (Well Fargo Bank, N.A.) Sharon Chapman (Wells Fargo Bank, N.A.) Kathleen Hill (Wells Fargo Home Mortgage) | Attorney-Client Privilege | Correspondence between employees for Wachovia Mortgage, Wells Fargo Home Mortgage and Wells Fargo Bank, N.A, re: attorney's actions, advice and strategy relating to title claim for 21 N. Summit Ave., Chatham, NJ and Wells Fargo Bank v. Joseph Ernst, et al. |

| 7 | 9/17/2010<br>10/1/2010<br>10/27/2010<br>10/29/2010<br>11/19/2010<br>11/22/2010<br>11/23/2010<br>11/24/2010<br>12/2/2010<br>12/8/2010<br>3/3/2011<br>3/9/2011<br>4/12/2011<br>4/21/2011<br>4/25/2011 | WF-00074 through<br>WF-00081 | Emails | Cathy Swindell-Smith<br>(Wells Fargo Bank, N.A.)<br><br>Kristi Garcia<br>(Wells Fargo Bank, N.A.)<br><br>Sharon Chapman<br>(Wells Fargo Bank, N.A)<br><br>Kathy Ransom<br>(Wachovia Mortgage)<br><br>Belinda Pantoja<br>(Wells Fargo Bank,<br>N.A.)<br><br>Sharon L. Mason<br>(Wachovia Mortgage)<br><br>Kathleen Hill<br>(Wells Fargo Home<br>Mortgage)<br><br>Jeanette J. O'Donnell, Esq.<br>Powers Kirn, Attorneys<br><br>Yessica Ortiz<br>(Wachovia Mortgage)<br><br>Ismael Hernadez<br>(Wells Fargo Home<br>Mortgage)<br><br>Wanda Wright<br>(Wells Fargo Home<br>Mortgage) | Kristi Garcia<br>(Wells Fargo Bank, N.A)<br><br>Cathy Swindell-Smith<br>(Wells Fargo Bank, N.A)<br><br>Kathy Ransom<br>(Wachovia Mortgage)<br><br>Belinda Pantoja<br>(Wells Fargo Bank,<br>N.A.)<br><br>Van Beck<br>(Well Fargo Bank, N.A.)<br><br>Sharon Chapman<br>(Wells Fargo Bank, N.A)<br><br>Kathleen Hill<br>(Wells Fargo Home<br>Mortgage) | Attorney-Client<br>Privilege | Correspondence<br>between<br>employees for<br>Wachovia<br>Mortgage, Wells<br>Fargo Home<br>Mortgage and<br>Wells Fargo<br>Bank, N.A. re:<br>attorney's<br>actions, advice<br>and strategy<br>relating to title<br>claim for 21 N.<br>Summit Ave.,<br>Chatham, NJ<br>and Wells Fargo<br>Bank v. Joseph<br>Ernst, et al. |

| # | Date | Bates No. | Type | From | To | Privilege | Description |
|---|------|-----------|------|------|-----|-----------|-------------|
| 8 | 10/18/2011 | WF-00154 through WF-00155 | Emails | Lori Sanchez (Wachovia Mortgage) <br> Yessica Ortiz (Wachovia Mortgage) | Lori Sanchez (Wachovia Mortgage) <br> Yessica Ortiz (Wachovia Mortgage) <br> Sharon L. Mason (Wachovia Mortgage) | Not relevant pertain to another loan | Not relevant pertain to another loan |
| 9 | 8/6/2010 | WF-00269 | Email | Cathy Swindell-Smith (Wells Fargo Bank, N.A.) <br> Juan Imperial (Wachovia Mortgage) | Christy Flynt <br> Tricia Gibson <br> Van Beck (Well Fargo Bank, N.A.) <br> Juan Imperial (Wachovia Mortgage) <br> Cathy Swindell-Smith (Wells Fargo Bank, N.A.) | Attorney-Client privilege | Attorney advice regarding credit reporting |
| 10 | 8/6/2010 | WF-00805 | Email | Cathy Swindell-Smith (Wells Fargo Bank, N.A.) <br> Juan Imperial (Wachovia Mortgage) | Christy Flynt <br> Tricia Gibson <br> Cathy Swindell-Smith (Wells Fargo Bank, N.A.) <br> Juan Imperial (Wachovia Mortgage) | Attorney-Client privilege | Attorney advice regarding credit reporting |

| # | Date | Bates | Type | From | To | Privilege | Description |
|---|------|-------|------|------|----|-----------|-------------|
| 11 | 12/6/2010 | WF-00885 through WF-00886 | Comment Request Form | Kathy Ransom (Wachovia Mortgage) | Van Beck (Well Fargo Bank, N.A.) Wanda Wright Michael Barnes | Attorney-Client privilege | Attorney advice regarding credit reporting |
| 12 | 11/8/2010 | WF-00891 through WF-00892 | Legal Fees Invoice | Powers Kim, Attorneys | Wachovia Mortgage | Attorney-Client privilege | Legal fees invoice relating to *Wells Fargo Bank v. Joseph Ernst, et al.* |
| 13 | 6/30/2011 | WF-01125 | Memo Pad | N/A | Wachovia Mortgage | Not relevant pertains to another loan | Not relevant pertains to another loan |
| 14 | 12/3/2010 | WF-01135 | Emails | Cathy Swindell-Smith (Wells Fargo Bank, N.A.) Juan Imperial (Wachovia Mortgage) | Kathy Ransom (Wachovia Mortgage) Juan Imperial (Wachovia Mortgage) Elizabeth Applin Cathy Swindell-Smith (Wells Fargo Bank, N.A.) | Attorney-Client privilege | Attorney advice regarding credit reporting |

11457588.1.DOC