IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOSEPH R. ERNST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-cv-625 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

ON THIS DAY, came the parties on the Motion for Leave to File a Sur-Reply in Opposition to Plaintiff's Motion for Partial Summary Judgment ("Motion for Leave to File Sur-Reply") filed by being Wells Fargo Bank, N.A., successor to Wachovia Mortgage FSB ("Wells Fargo"), and in consideration of that motion, the memorandum filed in support, the representations of counsel and for good cause shown, it is:

ORDERED THAT the Motion for Leave to File Sur-Reply filed by Wells Fargo is hereby granted Wells Fargo shall file its sur-reply no later than _____.

Entered: ___/____/____

_____
United States District Court Judge,
Eastern District of Virginia