IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSEPH R. ERNST,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

Civil Action No. 3:11-cv-625

**DECLARATION OF C. VANCE BECK, ESQ.**

Pursuant to 28 U.S.C. § 1746, I, C. Vance Beck, declare the following:

1. I have personal knowledge of the facts herein.

2. I am a Senior Vice President, Assistant General Counsel with Wells Fargo Bank, N.A., and am licensed to practice law in Virginia, North Carolina and Tennessee.

██████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████

███████████████████████████████

███████████████████████████████████

███████

███████████████████████████████

███████████████████████████████████

████████████████████████████

███████████████████████████████

███████████████████████████████████

██████████████████████████████

███████████████████████████████

███████████████████████████████████

█████████████████████████████████

██

███████████████████████████████

██████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████

███████████████████████████████████████████

██████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████

███████████████████████████████████████████

██████████████████

17.   █████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████.

EXECUTED this _____ day of February 2012.

_____
C. Vance Beck, Esq.