IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JOSEPH R. ERNST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:11-cv-625 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WELLS FARGO'S NOTICE OF MOTION TO SEAL EXHIBIT A, DECLARATION OF C. VANCE BECK, ESQ., TO DEFENDANT'S MEMORANDUM IN OPPOSITON TO PLAINTIFF'S MOTION TO COMPEL**

PLEASE TAKE NOTICE THAT Defendant, Wells Fargo Bank N.A. as successor to Wachovia Mortgage, FSB, ("Defendant" or "Wells Fargo") by counsel, pursuant to Rule 5 of the Local Rules of Practice for the United States District Court for the Eastern District of Virginia, has moved this Court to seal ("Motion") Exhibit A, Declaration of C. Vance Beck, Esq. ("Beck Declaration") to Wells Fargo's Memorandum in Opposition to Plaintiff's Motion to Compel filed by Plaintiff, Joseph Ernst ("Plaintiff" or "Ernst").

1.     The Beck Declaration discusses detailed information regarding two of Wells Fargo and Company's legal matter management databases, and the described information contains privileged, confidential, and contains proprietary, trade secret information, and therefore it is necessary to seal the Beck Declaration to protect disclosure of this information.

2.     Before this Court may seal court documents, it must:  "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider

less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

3.      In compliance with Local Rule 5 of the Rules of this Court and Ashcraft, the Court posts the following notice to the public:  "This serves as public notice that Defendant, Wells Fargo Bank N.A. as succesor to Wachovia Mortgage, FSB, has moved the Court to file under Exhibit A, Declaration of C. Vance Beck, Esq., to its Memorandum in Opposition to Plaintiff's Motion to Compel.  Objections to this Motion should be filed in the Civil Section of the Clerk's Office."  The Notice will be posted for a minimum of forty-eight (48) hours.

**WELLS FARGO BANK, N.A.,**

_____/s/ Terry C. Frank_____
By Counsel

Hunter W. Sims, Jr., Esquire (VSB No. 09218)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia  23510
Phone:  (757) 624-3000
Fax:      (757) 624-3169


Terry C. Frank, Esq.  (VSB No. 74890)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 E. Cary St., 14th Floor
Richmond, VA 23219
Phone: (804) 771-5700
Fax: (804) 771-5777
_Counsel for Defendant Wells Fargo Bank, N.A.,_
_successor to Wachovia Mortgage FSB_

## CERTIFICATE OF SERVICE

I hereby certify that on this 27 day of February 2012, a true copy of the foregoing has filed with the Court's CM/ECF system, which will provide electronic notice to:

Leonard A. Bennett, Esquire
E-mail:  lenbennett@cox.net
Susan M. Rotkis, Esquire
E-mail:  srotkis@clalegal.com
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
***Counsel for Plaintiff***

Kristi Cahoon Kelly, Esquire
E-mail:  kkelly@smillaw.com
Surovell Isaacs Petersen & Levy, PLC
4010 University Drive, Suite 200
Fairfax, VA  22030
Phone:  703/277-9774
Fax:      703/591-2149
***Counsel for Plaintiff***

By:    /s/ Terry C. Frank
Terry C. Frank, Esquire (VSB No. 74890)
Kaufman & Canoles, P.C.
1021 E. Cary Street, 14th Floor
Richmond, VA 23219
Phone:  (804) 771-5745
Fax:      (804) 771-5777
E-mail: tcfrank@kaufcan.com

11568820