IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSEPH R. ERNST,

    Plaintiff

v.                                                CIVIL NO. 3:11-cv-00625-HEH

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and WACHOVIA MORTGAGE,
*A division of Wells Fargo Bank, N.A.,*

    Defendants,

### DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **JOSEPH R. ERNST**, and the Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *Experian Information Solutions, Inc.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint against *Experian Information Solutions, Inc.*, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 29th day of March, 2012.



/s/
John A. Gibney, Jr.
United States District Judge



RECEIVED MAR 23 2012 CLERK, U.S. DISTRICT COURT RICHMOND, VA

-2-

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*

_____
David Neal Anthony (VSB No. 31696)
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23219
E-mail: david.anthony@troutmansanders.com